UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

_____

**In re:**

    **Peter Kennedy,**
        **Debtor.**

_____

**Peter Kennedy,**
       **Plaintiff,**
    v.

**Graybar Electric Company, Inc.,**
       **Defendant.**

_____

Chapter 13 Case
# 11-10109

Filed & Entered
On Docket
July 29, 2011

Adversary Proceeding
# 11-01010

*Appearances:*

    *Rebecca A. Rice, Esq.*      *Ross A. Feldmann, Esq.*
    *Rutland, Vermont*      *Burlington, Vermont*
    *For the Plaintiff*      *For the Defendant*

## ORDER
### DENYING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS AND SUA SPONTE GRANTING JUDGMENT IN FAVOR OF PLAINTIFF

For the reasons set forth in the memorandum of decision of even date, THE COURT FINDS that there are no material facts in dispute, judgment on the pleadings is proper, and the Plaintiff is entitled to judgment as a matter of law.

Accordingly, IT IS HEREBY ORDERED that:

1. the Defendant's motion for judgment on the pleadings is denied;
2. judgment is <u>sua</u> <u>sponte</u> granted in favor of the Plaintiff; and
3. the Plaintiff's request for attorney's fee is denied.

SO ORDERED.

_____
Colleen A. Brown
United States Bankruptcy Judge

July 29, 2011
Burlington, Vermont